permitted with sufficient fullness by the learned Special Term. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HENRY CLARENCE KORFMANN, an Infant, by EVA CHAROUS, His Guardian ad Litem, Respondent, and EVA CHAROUS, Plaintiff, v. HOWARD THURSTON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH KRAMER, Appellant, v. ABRAHAM SCHONFELD, Individually and as Administrator, etc., of SARAH SCHONFELD, Also Known as SARAH KRAMER, Deceased, and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Motion to dispense with reprinting the former record granted. The parties may refer to the former record by its folio numbers and produce the same on the argument. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THOMAS V. LAHENEY, Respondent, v. JAMES EDWARD LAHENEY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— Motion to resettle order of May 22, 1931, denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— Motion to resettle order of May 22, 1931, granted and order resettled by striking out the following: " so far as it purports to set out a cause of action for damages against the defendant Joseph Ohl." Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FLORA A. MACIVOR, Appellant, v. CHARLES H. SCHWARTZMAN and Others, Respondents.— Motion to dismiss appeal denied upon the ground that there is no dispute that the moving attorney has not been duly substituted as attorney for the defendants, respondents. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

EMMA MACMILLAN, Respondent, v. CHARLES F. VOLLMER and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DENNIS MCCARTHY, Respondent, v. JOSEPH H. BARIS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOB MECHANECK, Appellant, v. LOUIS SENDROWITZ and Others, Respondents. — Motion to dismiss appeal denied upon condition that appellant perfect the

appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOHN E. MERRITT, Respondent, v. BERTHA B. RHODES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ACHILLE MOGANNTE, Respondent, v. JOSEPH ALLAR, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARIA MONTEMARANO, Respondent, v. HOME TITLE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

LOUIS MORRO, Respondent, v. SOL LASKY and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARY A. NACCASH, Respondent, v. HILDANSID REALTY CORPORATION and Others, Defendants, and LOUIS SUMMERS and SIDENIA SUMMERS, Appellants.— Motion for stay granted by default upon condition that within five days from the entry of the order herein appellants pay respondent the sum of fifty dollars as expenses of the adjournment of the sale, as provided in the order to show cause, in the event that such payment has not heretofore been made; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANN ODES and BOSILIA, INC., Appellants, v. TROIA REALTY CO., INC., Respondent.— Motion for extension of time granted upon condition that appellants perfect the appeal from the order and the appeal from the judgment for the December term (for which term they are set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BLAKE, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCANGELO CAPPUCIO, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD CARNEY,